# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, T.J. STINSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**DAVID L. LANGE**
**GUNNER'S MATE SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201400010**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 13 September 2013.
**Military Judge**: CDR John Maksym, JAGC USN.
**Convening Authority**: Commanding Officer, Navy Munitions Command, East Asia Division, Ewa Beach, HI.
**Staff Judge Advocate's Recommendation**: LT J.A. Lovastik, JAGC, USN.
**For Appellant**: CAPT Charles D. Stimson, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**28 February 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court